154 A.3d 763

**Richard DISCO, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, SCI**
Fayette Records Office and Chief Counsel, Appellees

**No. 17 EAP 2016**

Supreme Court of Pennsylvania.

February 22, 2017

Richard Disco, Pro Se.

Theron Richard Perez, Chase M. Defelice, Pennsylvania Department of Corrections, Mechanicsburg, for Department of Corrections and SCI Fayette Records Office, appellees.

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of February, 2017, the order of the Commonwealth Court is **AFFIRMED.**